58.

Argued February 18, affirmed February 18, petition for rehearing
denied March 23, petition for review denied April 27, 1971

## STATE OF OREGON, *Respondent, v.*
## JAMES D. FOY, *Appellant.*
### 480 P2d 730

*Joseph P. Morray,* Corvallis, argued the cause and filed the brief for appellant.

*Frank D. Knight,* District Attorney, Corvallis, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Foley and Fort, Judges.

## MEMORANDUM DECISION.

This appeal presented no unusual or difficult questions. Having previously studied the briefs, immediately upon conclusion of argument, and after briefly stating to counsel our reasons, we ruled from the bench. Setting forth those reasons in a detailed opinion would add nothing of value to the existing body of judicial precedent. Our ruling was:

Affirmed.